MOLLY T. EGAN, Respondent, v. THOMAS J. EGAN, Appellant. (Appeal No. 2.) — Order denying defendant's motion to require plaintiff to reply to new matter set up in defendant's answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

VINCENZO FASANO, Respondent, v. RUBEL CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JOHN C. FERNANDEZ, Respondent, v. MARTHA STENGEL, Appellant.— Order of the County Court of Nassau county denying motion to set aside the verdict affirmed, with twenty-five dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

THE FISHKILL NATIONAL BANK OF BEACON; NEW YORK, Respondent, v. SAMUEL LIEBERMAN and Others, Defendants, Impleaded with NEW YORK KNEE PANTS CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of FRANK J. CLANCY, Respondent, for a Mandamus Order against JOHN J. HALLERAN, as Commissioner of Public Works of the City of New York, Borough of Queens, and GEORGE U. HARVEY, as President of the Borough of Queens, Appellants.*— Peremptory mandamus order modified so as to provide that the payment of salary date from June 28, 1932, instead of March 10, 1932, and as so modified unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Petition of ROBERT S. DORNON, Appellant, to Prove the Last Will and Testament of MARGARET A. McCULLOCH, Late of the County of Kings, Deceased. FLORENCE E. BOONE and Others, Respondents.†— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs, payable out of the estate, to respondents appearing and filing briefs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.